IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02212-BNB

BYRON R. BRONSTEIN,

    Plaintiff,

v.

SOCIAL SECURITY ADMINISTRATION,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV - 9 2007

GREGORY C. LANGHAM
CLERK

---

### ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

---

On October 19, 2007, Plaintiff, Byron R. Bronstein, submitted to the Court *pro se* a complaint. The Court must construe the complaint liberally because Mr. Bronstein is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as the *pro se* litigant's advocate. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Bronstein will be ordered to file an amended complaint.

The Court has reviewed the complaint and has determined that the complaint is incomplete. Mr. Bronstein fails to assert whether he has exhausted his administrative remedies. He fails to state whether he is seeking review of the final administrative decision denying his claim for an increase in supplemental security income, and if he has filed his complaint in this Court in a timely manner.

Plaintiff only states that his supplemental security income payment (SSI) has been reduced from $623 a month to $30 a month and that he would like to reinstate the $623-per-month SSI payment. Therefore, Mr. Bronstein will be ordered to file an

amended complaint that provides the information discussed in this order.

Plaintiff should take note that an amended complaint supersedes the original complaint. *See Boelens v. Redman Homes, Inc.*, 759 F.2d 504, 508 (5th Cir. 1985); *Cameron v. Fogarty*, 705 F.2d 676 (2d Cir. 1983); *London v. Coopers & Lybrand*, 644 F.2d 811 (9th Cir. 1981); 6 C. Wright, A. Miller & M. Kane, *Federal Practice and Procedure* § 1476 (1990). Therefore, Plaintiff's amended complaint must contain all the information asserted in the original complaint, as well as the additional information the Court has requested. Accordingly, it is

ORDERED that Mr. Bronstein amend the complaint and provide **within thirty days from the date of this order** the information as discussed in this order. It is

FURTHER ORDERED that the amended complaint shall be titled "Amended Complaint," and shall be filed with the Clerk of the Court for the United States District Court for the District of Colorado at the Alfred A. Arraj U.S. Courthouse, 901 Nineteenth Street, Room A-105, Denver, Colorado 80294-3589. It is

FURTHER ORDERED that if Plaintiff fails to file an amended complaint as directed within the time allowed, the complaint and action will be dismissed without further notice.

DATED November 9, 2007, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 07-cv-02212-BNB

Byron R. Bronstein
735 S. Hourst #227
Denver, CO 80224

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 11/9/07

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk