IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-2212-AP**

**BYRON R. BRONSTEIN,**

    Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

    Defendant.

## ORDER

Kane, J.

This matter is before the Court on Defendant's Motion to Dismiss (doc. #20), filed February 5, 2008. It is clear from the defendants motion that plaintiff in this matter did not have a final determination from defendant, and this court, therefore does not have jurisdiction. For the reasons stated in the motion, the Motion is GRANTED. This case is DISMISSED WITHOUT PREJUDICE for failure to exhaust administrative remedies.

Dated this 8th day of February, 2008.

               BY THE COURT:

               S/**John L. Kane**
               John L. Kane, Senior Judge
               United States District Court